**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGLE PATH SOLUTIONS, LLC<br>Plaintiff,<br>v.<br>DELIVERHEALTH SOLUTIONS, LLC,<br>Defendants | Case No. 1:24-cv-11252-LTS |

**JOINT MOTION FOR ENTRY OF**
**[PROPOSED] STIPULATED PROTECTIVE ORDER**

The parties jointly move the Court for entry of the attached Protective Order. In support of this motion, the parties state as follows:

1. Discovery in this matter may include the collection and production of certain documents, things and information in the possession, custody or control of a party or a non-party that may constitute or contain trade secrets or other confidential research, development, manufacture, regulatory, financial, marketing, business plans, or other competitive information within the meaning of Rule 26(c) of the Federal Rules of Civil Procedure.

2. The parties have each identified potentially confidential or highly confidential information and documents, which may become the subject of discovery in this matter.

3. The parties have negotiated and agreed to a proposed Protective Order, a copy of which is attached to this motion as **Exhibit A**.

4. The protections in the proposed Protective Order will permit the parties to prepare their cases fully in this action without jeopardizing their rights of confidentiality.

**WHEREFORE**, for the reasons above stated, the parties respectfully request this Court enter the attached proposed Protective Order.

Dated this 14th day of November, 2024

*/s/ Thomas P. Howard*
Thomas P. Howard (BBO #629213)
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd. #100
Louisville, CO 80027
Telephone: (303) 665-9845
*thoward@thowardlaw.com*

Benjamin Stern (BBO # 646778)
bstern@nutter.com
Nutter McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

*Counsel for Plaintiff*
*Single Path Solutions, LLC*

*/s/ Jarrod D. Shaw*
Nellie E. Hestin (BBO #676886)
Jarrod D. Shaw (pro hac vice)
MCGUIREWOODS LLP
260 Forbes Avenue
Pittsburgh, PA 15222-3142
Tel: (412) 667-6000
Fax: (412) 667-6050
nhestin@mcguirewoods.com
jshaw@mcguirewoods.com

Aaron F. Jaroff (pro hac vice)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Tel: (212) 548-2133
Fax: (212 715-2310
ajaroff@mcguirewoods.com

*Counsel for Defendant DeliverHealth Solutions, LLC*