**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SINGLE PATH SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DELIVERHEALTH SOLUTIONS, LLC,<br><br>Defendants | Case No. 1:24-cv-11252-LTS |

**JOINT MOTION FOR ENTRY OF [PROPOSED] STIPULATION AND ORDER REGARDING ELECTRONICALLY STORED INFORMATION**

The parties jointly move the Court for entry of the attached Order Regarding Electronically Stored Information and Stipulation. In support of this motion, the parties state as follows:

1. Discovery in the litigation involves the collection and production of electronically stored information ("ESI").

2. The parties agree that an order governing the collection and production of ESI in this litigation would be streamline discovery and otherwise be efficient for this case. The parties have prepared an agreed-to proposed order concerning ESI, which includes stipulations by the parties, which is attached as Ex. A.

**WHEREFORE**, the parties respectfully seek entry of the attached [Proposed] Stipulation and Order Regarding Electronically Stored Information.

Dated this 13th day of December, 2024

*/s/ Thomas P. Howard*
Thomas P. Howard (BBO #629213)
THOMAS P. HOWARD, LLC
842 W. South Boulder Rd. #100
Louisville, CO 80027
Telephone: (303) 665-9845
*thoward@thowardlaw.com*

Benjamin Stern (BBO # 646778)
bstern@nutter.com
Nutter McClennen & Fish LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

*Counsel for Plaintiff*
*Single Path Solutions, LLC*

*/s/ Jarrod D. Shaw*
Nellie E. Hestin (BBO #676886)
Jarrod D. Shaw (pro hac vice)
MCGUIREWOODS LLP
260 Forbes Avenue
Pittsburgh, PA 15222-3142
Tel: (412) 667-6000
Fax: (412) 667-6050
nhestin@mcguirewoods.com
jshaw@mcguirewoods.com

Aaron F. Jaroff (pro hac vice)
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Tel: (212) 548-2133
Fax: (212 715-2310
ajaroff@mcguirewoods.com

*Counsel for Defendant DeliverHealth Solutions, LLC*