UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SINGLE PATH SOLUTIONS, LLC<br>Plaintiff,<br>v.<br>DELIVERHEALTH SOLUTIONS, LLC,<br>Defendant. | Civil Action No. 1:24-cv-11252-LTS |

**DECLARATION IN SUPPORT OF EXHIBITS**

1. I am an attorney licensed to practice law in the State of Colorado, and I am admitted pro hac vice in this matter. I am an attorney at Thomas P. Howard, LLC, counsel for Plaintiff, and one of the attorneys of record in the above-captioned matter. I make this declaration on personal knowledge and, if called, could and would competently testify to the matters stated herein. This declaration is modeled on the structure and language of a prior declaration filed in this action.

**EXHIBITS**

2. Attached hereto as Exhibit 154 is a true and correct copy of SPS_018933.

3. Attached hereto as Exhibit 155 is a true and correct copy of SPS First Amended Discovery Responses.

4. Attached hereto as Exhibit 156 is a true and correct copy of SPS_016902.

5. Attached hereto as Exhibit 157 is a true and correct copy of SPS_010542.

6. Attached hereto as Exhibit 158 is a true and correct copy of DHS00049656.

7. Attached hereto as Exhibit 159 is a true and correct copy of DHS00012913.

8. Attached hereto as Exhibit 160 is a true and correct copy of SPS_006370.

1

9. Attached hereto as Exhibit 161 is a true and correct copy of SPS_001440.

10. Attached hereto as Exhibit 162 is a true and correct copy of SPS_009885.

11. Attached hereto as Exhibit 163 is a true and correct copy of SPS_001446.

12. Attached hereto as Exhibit 164 is a true and correct copy of SPS_016134

13. Attached hereto as Exhibit 165 is a true and correct copy of Vaporwar Definition.

14. Attached hereto as Exhibit 166 is a true and correct copy of SPS_001275

15. Attached hereto as Exhibit 167 is a true and correct copy of Michael Clark Linkedin.

16. Attached hereto as Exhibit 168 is a true and correct copy SPS_00008429.

17. Attached hereto as Exhibit 169 is a true and correct copy of SPS_009775

18. Attached hereto as Exhibit 170 is a true and correct copy of AI Coding RCM.

19. Attached hereto as Exhibit 171 is a true and correct copy of SPS_009901.

20. Attached hereto as Exhibit 172 is a true and correct copy of SPS_009676.

21. Attached hereto as Exhibit 173 is a true and correct copy of DHS00009236.

22. Attached hereto as Exhibit 174 is a true and correct copy of DHS00016950.

23. Attached hereto as Exhibit 175 is a true and correct copy of SPS_001392.

24. Attached hereto as Exhibit 176 is a true and correct copy of SPS_010658.

25. Attached hereto as Exhibit 177 is a true and correct copy of DE 2-35.

26. Attached hereto as Exhibit 178 is a true and correct copy DHS00096958.

27. Attached hereto as Exhibit 179 is a true and correct copy SPS_001507.

28. Attached hereto as Exhibit 180 is a true and correct copy of DHS_00016954.

29. Attached hereto as Exhibit 181 is a true and correct copy of Myers Rebuttal Report.

30. Attached hereto as Exhibit 182 is a true and correct copy of DHS00047784.

31. Attached hereto as Exhibit 183 is a true and correct copy of SPS_009092.

32. Attached hereto as Exhibit 184 is a true and correct copy of SPS_006891.

33. Attached hereto as Exhibit 185 is a true and correct copy of SPS_011231.

34. Attached hereto as Exhibit 186 is a true and correct copy of SPS_008194.

35. Attached hereto as Exhibit 187 is a true and correct copy of SPS_008195.

36. Attached hereto as Exhibit 188 is a true and correct copy of Dark Daily Website.

37. Attached hereto as Exhibit 189 is a true and correct copy of DHS00008125.

38. Attached hereto as Exhibit 190 is a true and correct copy of DHS00005015.

39. Attached hereto as Exhibit 191 is a true and correct copy of DHS00012918.

40. Attached hereto as Exhibit 192 is a true and correct copy of SPS_011538.

41. Attached hereto as Exhibit 193 is a true and correct copy of DHS00001797.

42. Attached hereto as Exhibit 194 is a true and correct copy of SPS_010915.

43. Attached hereto as Exhibit 195 is a true and correct copy of DHS00014881.

44. Attached hereto as Exhibit 196 is a true and correct copy of DHS00005337.

45. Attached hereto as Exhibit 197 is a true and correct copy of DHS00012919.

46. Attached hereto as Exhibit 198 is a true and correct copy of DHS00066268.

47. Attached hereto as Exhibit 199 is a true and correct copy of SPS_000802.

48. Attached hereto as Exhibit 200 is a true and correct copy of DHS00002287.

49. Attached hereto as Exhibit 201 is a true and correct copy of SPS_000168.

50. Attached hereto as Exhibit 202 is a true and correct copy of SPS_010627.

51. Attached hereto as Exhibit 203 is a true and correct copy of DHS00007544.

52. Attached hereto as Exhibit 204 is a true and correct copy of DHS00060109.

53. Attached hereto as Exhibit 205 is a true and correct copy of DHS00004724.

54. Attached hereto as Exhibit 206 is a true and correct copy of DHS00006449.

55. Attached hereto as Exhibit 207 is a true and correct copy of SPS_006769.

56. Attached hereto as Exhibit 208 is a true and correct copy of DHS00049017.

57. Attached hereto as Exhibit 209 is a true and correct copy of DHS00049984.

58. Attached hereto as Exhibit 210 is a true and correct copy of DHS00060109.

59. Attached hereto as Exhibit 211 is a true and correct copy of DHS00073594.

60. Attached hereto as Exhibit 212 is a true and correct copy of SPS_006321.

61. Attached hereto as Exhibit 213 is a true and correct copy of DHS00001765.

62. Attached hereto as Exhibit 214 is a true and correct copy of SPS_009212

63. Attached hereto as Exhibit 215 is a true and correct copy of SPS_006714.

64. Attached hereto as Exhibit 216 is a true and correct copy of DHS00096941.

65. Attached hereto as Exhibit 217 is a true and correct copy of DHS00096949.

66. Attached hereto as Exhibit 218 is a true and correct copy of SPS_001506.

67. Attached hereto as Exhibit 219 is a true and correct copy of SPS_001507.

68. Attached hereto as Exhibit 220 is a true and correct copy of the SPS_001956.

69. Attached hereto as Exhibit 221 is a true and correct copy of DHS00009571.

70. Attached hereto as Exhibit 222 is a true and correct copy of DHS00000254.

71. Attached hereto as Exhibit 223 is a true and correct copy of DHS00088004.

72. Attached hereto as Exhibit 224 is a true and correct copy of DHS00091814.

73. Attached hereto as Exhibit 225 is a true and correct copy of Declaration of Laura Ross.

74. Attached hereto as Exhibit 226 is a true and correct copy of Declaration of Russ Curran.

75. Attached hereto as Exhibit 227 is a true and correct copy of Declaration of Mike Pollock.

76. Attached hereto as Exhibit 228 is a true and correct copy of SPS_011231.

77. Attached hereto as Exhibit 229 is a true and correct copy of DHS00073379.

78. Attached hereto as Exhibit 230 is a true and correct copy of SPS_001440.

79. Attached hereto as Exhibit 231 is a true and correct copy of DHS00044220.

80. Attached hereto as Exhibit 232 is a true and correct copy of SPS_003348.

81. Attached hereto as Exhibit 233 is a true and correct copy of DHS00060109.

82. Attached hereto as Exhibit 234 is a true and correct copy of DHS00046511.

83. Attached hereto as Exhibit 235 is a true and correct copy of SPS_005957.

84. Attached hereto as Exhibit 236 is a true and correct copy of DHS00034230.

85. Attached hereto as Exhibit 237 is a true and correct copy of DHS00044172.

86. Attached hereto as Exhibit 238 is a true and correct copy of DHS00015155.

87. Attached hereto as Exhibit 239 is a true and correct copy of DHS00012919.

88. Attached hereto as Exhibit 240 is a true and correct copy of DHS00017680.

89. Attached hereto as Exhibit 241 is a true and correct copy of DHS00016534.

90. Attached hereto as Exhibit 242 is a true and correct copy of DHS00004533.

91. Attached hereto as Exhibit 243 is a true and correct copy of DHS00007544.

92. Attached hereto as Exhibit 244 is a true and correct copy of SPS_011866.

93. Attached hereto as Exhibit 245 is a true and correct copy of SPS_010268.

94. Attached hereto as Exhibit 246 is a true and correct copy of DHS00067181.

95. Attached hereto as Exhibit 247 is a true and correct copy of DHS00068032.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 2, 2026

By: /s/ Scott E. Brenner
Scott E. Brenner

        THOMAS P. HOWARD, LLC
        842 W. South Boulder Rd.
        Suite #100
        Louisville, CO 80027
        (303) 665-9845
        sbrenner@thowardlaw.com
        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on January 2, 2026, the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District of Massachusetts using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the system. Unredacted copies were emailed to the counsel of record.

      /s/ Scott E. Brenner